**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| SCHERING CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:09-cv-07923 |
| v. | ) | |
| | ) | Honorable Ronald A. Guzman |
| APOTEX INC. and | ) | |
| APOTEX CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to FRCP 41(a)(1), Plaintiff Schering Corporation hereby provides notice that it is voluntarily dismissing this matter without prejudice.  Defendants have not answered, served any motion for summary judgment or otherwise appeared in this action.

Dated: February 11, 2010                              Respectfully submitted,

                                                      s/  Mark A. Paskar
                                                      Kara E. F. Cenar  6198864
                                                      kara.cenar@bryancave.com
                                                      Mark A. Paskar  6271683
                                                      mapaskar@bryancave.com
                                                      Bryan Cave LLP
                                                      161 North Clark Street, Suite 4300
                                                      Chicago, Illinois  60601
                                                      (312) 602-5000
                                                      (312) 602-5050 (facsimile)

Of Counsel:

Matthew D. Powers, Esq.
**WEIL, GOTSHAL & MANGES, LLP**
201 Redwood Shores Parkway
Redwood Shores, California 94065
(650) 802-3000

Nicolas G. Barzoukas, Esq.
Jason C. Abair, Esq.
Joshua P. Davis, Esq.
Audrey L. Maness, Esq.
**WEIL GOTSHAL & MANGES LLP**
700 Louisiana, 16th Floor
Houston, Texas 77002
(713) 546-5000